SYRACUSE SMELTING WORKS, Respondent, v. HEIMAN SAPERY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SONIA PELLISSER (PELISSIER), Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ARTHUR HOPKINS, Appellant, v. NAN F. MURPHY, Respondent.— Judgment affirmed, with costs, without prejudice to a new action. No opinion. Present — Clarke, P. J., Dowling, Smith and Merrell, JJ.

CHARLES E. McMANUS, Respondent, v. WILLIAM L. PHELAN, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WOHL, SOUTH & COMPANY, Respondent v. LOUIS REICHENBACH and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ARTHUR KELLEY, an Infant, by JOHN J. KELLEY, His Guardian ad Litem, Respondent, v. CARL H. SCHULTZ, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Clarke, P. J., and Merrell, J., disssenting on the ground that plaintiff did not establish his freedom from contributory negligence, or negligence on the part of the defendant.

SOL FRANKEL, INC., Respondent, v. EDWIN J. O'MALLEY, as Commissioner of Public Markets of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JEWELL-KOENIG & Co., INC., Respondent, v. EDWIN J. O'MALLEY, as Commissioner of Public Markets of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHAS. J. BOGUE ELECTRIC COMPANY, Respondent, v. THE ELECTRIC WELDING COMPANY OF AMERICA, INC., Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY SKOLNIK, as Administrator, etc., of LOUIS SKOLNIK, Deceased, Respondent, v. GEORGE LUEDERS & COMPANY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ISIDORE SHIPENBERG, Appellant, v. ANNA SHIPENBERG, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.